UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEANNE M.,<br><br>                        Plaintiff,<br><br>   v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>                        Defendant. | NO. 1:21-CV-3060-TOR<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

BEFORE THE COURT is a Report and Recommendation issued by Magistrate Judge Rodgers, which recommends this Court deny Plaintiff's application to proceed *in forma pauperis*. ECF No. 4. This matter was submitted for consideration without oral argument. The Court has reviewed the record and the parties' completed briefing and is fully informed. For the reasons discussed below, the Report and Recommendation (ECF No. 4) is **ADOPTED in full** and Plaintiff's Application to Proceed *in Forma Pauperis* is **DENIED**.

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 1

On April 23, 2021, the Magistrate Judge denied Plaintiff's Application to Proceed *In Forma Pauperis* and directed Plaintiff to pay the filing and administrative fee in full within thirty days.  ECF No. 4.  Plaintiff did not timely object to the Magistrate Judge's findings.  Plaintiff then paid the full filing fee on May 7, 2021.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

The Magistrate Judge's Report and Recommendation Denying Application to Proceed *In Forma Pauperis* (ECF No. 4) is **ADOPTED in full** and Plaintiff's Application to Proceed *in Forma Pauperis* is **DENIED**.

The District Court Executive is directed to enter this Order and furnish copies to counsel.

DATED May 10, 2021.



THOMAS O. RICE
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 2